IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAN LEONARD ECKLUND, M.D., :

    Plaintiff, :

vs. : CIVIL ACTION 09-0100-CG-C

ALABAMA MEDICAL LICENSING :
COMMISSION, et al.,
    :
    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that plaintiff's federal claims be **DISMISSED** with prejudice as frivolous, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that the state law claims be **DISMISSED** without prejudice because the Court declines to exercise its supplemental jurisdiction over the state law claims.  It is further **ORDERED** that this action be **CLOSED** since all claims have been dismissed.

    **DONE** this 20th day of November, 2009.

                                          /s/ Callie V. S. Granade
                                **CHIEF UNITED STATES DISTRICT JUDGE**