## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DAN LEONARD ECKLUND, M.D.,

     Plaintiff,                           :

vs.                                   :     CIVIL ACTION 09-0100-CG-C

ALABAMA MEDICAL LICENSING     :
COMMISSION, et al.,

                                   :

     Defendants.

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that plaintiff's federal claims be **DISMISSED** with prejudice as frivolous, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that the state law claims be **DISMISSED** without prejudice because the Court declines to exercise its supplemental jurisdiction over the state law claims.  It is further **ORDERED** that this action be **CLOSED** since all claims have been dismissed.

**DONE** this 20th day of November, 2009.


                    /s/ Callie V. S. Granade
                 CHIEF UNITED STATES DISTRICT JUDGE